### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ELGIN JORDAN, No. B73385, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL NO. 13-cv-00918-JPG** |
| | ) | |
| VIENNA CORRECTIONAL CENTER, | ) | |
| | ) | |
| **Defendant.** | ) | |

### <u>MEMORANDUM AND ORDER</u>

**GILBERT, District Judge:**

On September 6, 2013, Plaintiff Elgin Jordan, an inmate in the custody of the Illinois Department of Corrections, housed at Vienna Correctional Center, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). By Order dated September 30, 2013, the Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 8).

Plaintiff was directed to file a complaint by October 21, 2013 (Doc. 8). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action for lack of subject matter jurisdiction, that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g), and that Plaintiff would remain obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and

failure to prosecute this action.  This action is deemed frivolous for purposes of Section 1915(g);

therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g).

Judgment shall enter accordingly and this case is closed.

       **IT IS FURTHER ORDERED** that all pending motions (Docs. 2, 4, 12) are **DENIED**

**AS MOO**T.

       **IT IS SO ORDERED.**

       **DATED:  November 12, 2013**

                                    **s/ J. Phil Gilbert**
                                      **UNITED STATES DISTRICT JUDGE**